**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| HAYTHAM FAWZI SALAH MADHOUN, | § § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-25-CV-312-KC |
| EL PASO PROCESSING CENTER, | § § § | |
| Respondent. | § | |

| | | |
|---|---|---|
| HAYTHAM FAWZI SALAH MADHOUN, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-25-CV-315-KC |
| ON HABEAS CORPUS, | § § § | |
| Respondent. | § | |

| | | |
|---|---|---|
| HAYTHAM FAWZI SALAH MADHOUN, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-25-CV-334-KC |
| ICE PROCESSING CENTER, | § § § | |
| Respondent. | § | |

| | |
|---|---|
| **HAYTHAM FAWZI SALAH MADHOUN,** § § § | |
| Petitioner, § § | |
| v. § | **CAUSE NO. EP-25-CV-351-KC** |
| § § | |
| **PAM BONDI et al.,** § § | |
| Respondents. § | |
| | |
| **HAYTHAM FAWZI SALAH MADHOUN,** § § § | |
| Petitioner, § § | |
| v. § | **CAUSE NO. EP-25-CV-425-KC** |
| § § | |
| **IMMIGRATION AND CUSTOMS ENFORCEMENT,** § § § | |
| Respondent. § | |

## **ORDER**

On this day, the Court considered the case. On September 5, 2025, Haytham Fawzi Salah Madhoun's Petition for Writ of Habeas Corpus ("Petition), ECF No. 1[1], was transferred from the District of Columbia to this Court. Sept. 5, 2025, Order, ECF No. 3. Madhoun has filed four additional habeas petitions, which the Court consolidated. Sept. 29, 2025, Order, Case No. EP-25-CV-312-KC, ECF No. 11. This new Petition contains the same essential allegations as the other four. Thus, it is appropriate to consolidate this new case into EP-25-CV-312-KC for the same reasons previously stated.

Accordingly, the Court **ORDERS** that case EP-25-CV-425-KC be **CONSOLIDATED** into case EP-25-CV-312-KC.

---

[1] All references in this Order are to the docket in case EP-25-CV-425-KC unless otherwise noted.

**IT IS FURTHER ORDERED** that the Clerk shall **FILE** this Order in cases EP-25-CV-312-KC and EP-25-CV-425-KC.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Leave to Proceed In Forma Pauperis, EP-25-CV-425-KC, ECF No. 2, is **DENIED** as **MOOT.**

**IT IS FURTHER ORDERED** that the Clerk of Court may take any additional steps necessary to effectuate this consolidation.

**IT IS FURTHER ORDERED** that the parties shall **FILE** all future filings in case EP-25-CV-312-KC.

**SO ORDERED.**

SIGNED this 1st day of October, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE