**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **HAYTHAM FAWZI SALAH MADHOUN,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**EL PASO PROCESSING CENTER,**<br><br>**Respondent.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CAUSE NO. EP-25-CV-312-KC** |
| **HAYTHAM FAWZI SALAH MADHOUN,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**ON HABEAS CORPUS,**<br><br>**Respondent.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CAUSE NO. EP-25-CV-315-KC** |
| **HAYTHAM FAWZI SALAH MADHOUN,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**ICE PROCESSING CENTER,**<br><br>**Respondent.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CAUSE NO. EP-25-CV-334-KC** |

| | | |
|---|---|---|
| **HAYTHAM FAWZI SALAH MADHOUN,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**PAM BONDI et al.,**<br><br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CAUSE NO. EP-25-CV-351-KC** |
| **HAYTHAM FAWZI SALAH MADHOUN,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**IMMIGRATION AND CUSTOMS ENFORCEMENT,**<br><br>**Respondent.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CAUSE NO. EP-25-CV-425-KC** |

**ORDER**

On this day, the Court considered Haytham Fawzi Salah Madhoun's Petitions for a Writ of Habeas Corpus, filed in the above-captioned cases. In each case, Madhoun sought to be released from immigration custody because the removal order against him could not be executed in the reasonably foreseeable future. Respondents now inform the Court that Madhoun has been removed from the country and, thus, released from Respondents' custody. Status Report, ECF No. 38. "[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)).

Accordingly, the Petitions in all of the above-captioned cases are **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that any pending motions in any of the above-captioned cases are **DENIED** as **MOOT**.

The Clerk shall docket this order in each of the following cases and then close them: EP-25-CV-312-KC, EP-25-CV-315-KC, EP-25-CV-334-KC, EP-25-CV-351-KC, and EP-25-CV-425-KC.

**SO ORDERED**.

**SIGNED this 30th day of January, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE